*Promenade, Suite 3100*
*1230 Peachtree Street, N.E.*
*Atlanta, Georgia 30309-3592*
*Main: 404 815-3500*
*Fax: 404 815-3509*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

Andrew M. Thompson
Direct Dial: 404-815-3701
Direct Facsimile: 404-685-7001
Email: athompson@sgrlaw.com

August 11, 2014

**BY CERTIFIED MAIL**
**ARTICLE NO. 7196 9008 9115 5215 3475**
**RETURN RECEIPT REQUESTED**

Managing Agent
M&K Warehouses, LLC
85A Mill Street
Suite 100
Roswell, GA 30075

Re:  **Notice of Intent to Sue Under Section 505 of the Clean Water Act, 33 U.S.C. § 1365**

Dear Madam or Sir:

This firm represents Chattahoochee Riverkeeper, Inc. ("CRK") in matters relating to an industrial property located at 525 Frederick Court SW, Atlanta, GA 30336 owned by M&K Warehouses, LLC (hereinafter "the Frederick Court Site"). At the Frederick Court Site, American Sealcoat Manufacturing LLC (hereinafter "American Sealcoat") operates an industrial facility at which American Sealcoat manufactures asphalt emulsion pavement sealcoat and related products.

The purpose of this letter is to inform you that CRK intends to bring a citizen suit 60 days from the date of this letter under section 505 of the federal Clean Water Act ("CWA") and the Georgia Water Quality Control Act ("GWQCA") against M&K Warehouses, LLC (hereinafter "M&K") for the discharge of pollutants without a permit and the other violations described below. The lawsuit will seek injunctive relief, civil penalties, attorneys' fees and expenses of litigation, for violations of the CWA and the GWQCA.

As you may be aware, CRK is a nonprofit corporation with over 7,000 members and with its primary office in Atlanta, Georgia. CRK's mission is to advocate and secure the protection and stewardship of the Chattahoochee River and its tributaries and watershed, in order to restore and conserve their ecological health for the people, fish and wildlife that depend on the river system. The Frederick Court Site discharges to an unnamed tributary to the Chattahoochee River. CRK members recreate and fish in and on the Chattahoochee River downstream of the discharge. The quality of the Chattahoochee River and its tributaries directly affects the recreational, aesthetic and environmental interests of CRK's members.



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Washington, D.C.*

M&K Warehouses, LLC
August 11, 2014
Page 2

---

The violations in question arise out of the unlawful and unpermitted discharge of pollutants and pollutant-laden storm water from the Frederick Court Site into the Chattahoochee River and its unnamed tributary. The Chattahoochee River and its unnamed tributary are waters of the State of Georgia for purposes of the GWQCA, and waters of the United States for purposes of the CWA.

The following violations of the CWA have occurred and continue to occur as a result of the activities at the Frederick Court Site.

Section 1311 of the CWA states "[e]xcept as in compliance with this section and sections 1312, 1316, 1317, 1328, 1342, and 1344 of this title, the discharge of any pollutant by any person shall be unlawful." 33 U.S.C. § 1311(a). Section 1342 of the CWA makes it unlawful for any person to discharge from a point source without a National Pollutant Discharge Elimination System ("NPDES") permit. On August 1, 2006, the General NPDES Permit for Discharges of Storm Water from Industrial Activities, GAR000000 (the "General Permit"), became effective in Georgia and a revised version was reissued as GAR050000 and became effective on June 1, 2012. The General Permit requires owners and operators of industrial facilities such as the Frederick Court Site to file a notice of intent under and comply with the provisions of the General Permit.

Neither M&K nor American Sealcoat has filed a notice of intent under the General Permit to discharge storm water from industrial activities at the Frederick Court Site and M&K and American Sealcoat have not obtained an individual NPDES permit for such point source discharges. Therefore, the continuing discharge of pollutants in storm water from industrial activities at the Frederick Court Site violates 33 U.S.C. § 1311. The discharges are ongoing and unlawful under the CWA, 33 U.S.C. § 1311, the GWQCA, O.C.G.A. § 12-5-21 et seq, and federal and state regulations.

Moreover, on May 27, 2014, representatives of CRK witnessed the discharge of a black oily liquid, presumably associated with American Sealcoat's manufacturing activities, from the Site through a discharge pipe to an unnamed tributary and into the Chattahoochee River. M&K and American Sealcoat have not obtained an individual NPDES permit for a point source discharge. Therefore, the continuing discharge of such pollutants at the Frederick Court Site violates 33 U.S.C. § 1311. The discharges are ongoing and unlawful under the CWA, 33 U.S.C. § 1311, the GWQCA, O.C.G.A. § 12-5-21 et seq, and federal and state regulations.

In addition, M&K and American Sealcoat have failed to comply with numerous requirements of the General Permit in regard to the industrial activities at the Frederick Court Site. M&K's and American Sealcoat's continuing and ongoing violations of the General Permit

M&K Warehouses, LLC
August 11, 2014
Page 3

---

include but are not limited to the following: (1) the failure to prepare a Storm Water Pollution Prevention Plan ("SWPPP") in accordance with Part 5 of the General Permit; (2) the failure to conduct storm water sampling and monitoring in accordance with Part 6 of the General Permit; (3) the failure to provide monitoring reports and additional reporting to EPD in accordance with Part 7 of the General Permit; (4) the failure to conduct inspections of the Site in accordance with Part 4 of the General Permit; (5) the failure to retain records in accordance with Part 7.5 of the General Permit; (6) the failure to document and report exceedances and violations of the General Permit to EPD in accordance with Parts 6.3.1 and 7.3; (7) the failure to properly design, install, and maintain adequate control measures, including best management practices ("BMPs") as required by Part 2.1 of the General Permit; and (8) the failure to conduct appropriate corrective actions as required by Part 3 of the General Permit. Such violations are ongoing and unlawful under the CWA, 33 U.S.C. § 1311, the GWQCA, O.C.G.A. § 12-5-21 *et seq*, and federal and state regulations.

All of the above-described actions constitute continuing violations of sections 301 and 402 of the CWA and are therefore actionable under the citizen suit provision of the CWA. The violations are ongoing as of the date of this letter. The discharges have had, and continue to have, a direct and adverse effect on the Chattahoochee River and its unnamed tributary, and have interfered with the use and enjoyment of such waters by CRK's members.

Please be advised that, under section 309(d) of the CWA, 33 U.S.C. § 1319(d), each of the above-described violations subjects M&K to a penalty of up to **$37,500 per day for each day of violation**. 40 C.F.R. § 19.4. In addition to civil penalties, CRK will seek injunctive relief to prevent further violations, and under section 505(d) of the CWA, 33 U.S.C. § 1365(d), a plaintiff prevailing in a citizen suit is able to recover its attorney's fees and expenses of litigation.

In keeping with the requirements of federal regulations, you are hereby notified that the full address and phone number of CRK are as follows:

> Sally Bethea
> Chattahoochee Riverkeeper, Inc.
> 3 Puritan Mill
> 916 Joseph Lowery Blvd, N.W.
> Atlanta, Georgia 30318
> (404) 352-9828

CRK can be reached by calling the undersigned at 404-815-3701, or writing the undersigned at Promenade, Suite 3100, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309.

M&K Warehouses, LLC
August 11, 2014
Page 4

---

   As this is a matter of the utmost seriousness, we urge you to give it your immediate attention.

                Sincerely yours,

                SMITH, GAMBRELL & RUSSELL, LLP

                Andrew M. Thompson

cc:  Thompson, O'Brien, Kemp & Nasuti
    Registered Agent for M&K Warehouses, LLC
    40 Technology Parkway South Suite 300
    Norcross, Georgia 30092
    **Certified Mail - Return Receipt Requested**
    **Article No. 7196 9008 9115 5215 3482**

    Mr. Judson H. Turner, Director
    Environmental Protection Division
    Georgia Dept. of Natural Resources
    2 Martin Luther King, Jr. Drive
    East Tower, Suite 1166
    Atlanta, Georgia 30334
    **Certified Mail - Return Receipt Requested**
    **Article No. 7196 9008 9115 5215 3499**

    Gina McCarthy, Administrator
    Environmental Protection Agency
    401 M Street, SW
    Washington, DC  20460
    **Certified Mail - Return Receipt Requested**
    **Article No. 7196 9008 9115 5215 3505**

    Heather McTeer Toney, Regional Administrator
    U.S. EPA - Region IV
    Sam Nunn Atlanta Federal Center
    61 Forsyth Street, SW
    Atlanta, Georgia 30303-3104
    **Certified Mail - Return Receipt Requested**
    **Article No. 7196 9008 9115 5215 3512**

M&K Warehouses, LLC
August 11, 2014
Page 5

---

James A. Capp, Branch Chief
Watershed Protection Branch
Georgia Environmental Protection Division
2 Martin Luther King, Jr. Drive S.W.
East Tower, Suite 1152
Atlanta, Georgia 30334
Certified Mail - Return Receipt Requested
Article No. 7196 9008 9115 5215 3529